ALEXANDER ROMAN, Appellant, *v.* JULIANA LOBE, Respondent.

*Appeal — presumption that decsion unanimously affirmed by Appellate Division is supported by evidence.*

The Court of Appeals must presume that a decision which has been unanimously affirmed by the Appellate Division is supported by the evidence. (N. Y. Const. art. 6, § 9.)

*Roman* v. *Lobe*, 213 App. Div. 162, affirmed.

, (Submitted October 5, 1925; decided October 20, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 6, 1925, which unanimously affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of defendant.

The action was brought to recover broker's commissions alleged to be due to plaintiff for procuring the sale of defendant's real property.

*Abraham Feinstein* and *Louis J. M. Druss* for appellant.
*Peter B. Hanson* and *Frank J. Irving* for respondent.

*Per Curiam.* The question of the constitutionality of section 442-e of the Real Property Law is not before us on this appeal.

The decision of the trial court does not show upon its face that the plaintiff was denied a recovery because of his omission to procure a license. It is a decision for the defendant upon the merits generally. The Constitution commands us to presume that this decision, having been unanimously affirmed by the Appellate Division, is supported by the evidence (Constitution, art. VI, § 9).

The judgment should be affirmed with costs.

HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ., concur.

Judgment affirmed.